UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60273-CIV-UNGARO

ELISABETH EBERLI,
    Plaintiff,

v.

CIRRUS DESIGN CORPORATION et al.,
    Defendants.
_____/

## ORDER ON MOTION FOR EXTENSION

THIS CAUSE is before the Court upon the parties' Joint Motion for a Continuance of Pre-Trial Dates and Deadlines, filed on May 4, 2009. (D.E. 113.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED that said Motion (D.E. 113) is GRANTED IN PART. The Pretrial Conference is hereby reset for August 14, 2009, at 10:30 a.m. It is further

ORDERED AND ADJUDGED that all motions in limine SHALL be filed on or before July 10, 2009. It is further

ORDERED AND ADJUDGED that the parties SHALL file their Joint Pretrial Stipulation and respective proposed jury instructions in compliance with the instructions contained in the Court's Scheduling Order (D.E. 37) on or before July 31, 2009.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of May, 2009.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record